UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DOMINIQUE DANIELS,

                                  Plaintiff,

                                                              07 Civ. 11600 (CM)

                -against-

THE CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on December 28, 2007, at 4:01 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a **Summons and Complaint** upon the City of New York, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Madelyn Santana personally. Declarant knew said individual to be authorized to accept service on behalf of defendant City of New York.

Dated:     New York, New York
             December 28, 2007

                                                     By:          /s
                                                              Rose M. Weber  (RW 0515)