

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

David M. Pollack
*Assistant Corporation Counsel
Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

# MEMO ENDORSED

January 16, 2008

**By Facsimile Transmission**
(212) 805-6326
Honorable Colleen McMahon
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

*1/15/08 Granted*

   Re: Dominique Daniels v. City of New York, et al., 07 CV 11600 (CM)

Dear Judge McMahon:

   I am the Assistant Corporation Counsel in the New York City Law Department handling the defense of this action on behalf of Defendant City of New York. I am writing with the consent of plaintiff's counsel, Rose Weber, Esq., to respectfully request a sixty-day enlargement of time from January 17, 2007 to March 17, 2008, with which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

   The complaint alleges, *inter alia*, that plaintiff was subjected to false arrest/ imprisonment, excessive force and malicious prosecution. In addition to the City of New York, plaintiff purports to name unknown John and Jane Doc Defendants. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and determine which, if any, officers have knowledge of the incidents alleged in Plaintiffs complaint. In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until March 17, 2008. Thank you for your consideration in this regard.

                                          Respectfully submitted,

                                          David M. Pollack (DMP 3873)
                                          Assistant Corporation Counsel

cc: By Facsimile Transmission
    (212) 233-5633
    Rose M. Weber, Esq.